DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE BENJAMIN,**
Appellant,

v.

**GTE FEDERAL CREDIT UNION,**
Appellee.

No. 4D2023-2769

[April 11, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk-Olefson, Judge; L.T. Case No. CACE23000168.

Josue Benjamin, Margate, pro se.

Ronald H. Trybus and Yusuf E. Haidermota of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***